# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| MAYNARD SANDERS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CR416-358 |
| | ) | CV419-218 |
| | ) | CV419-182 |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

Maynard Sanders moved under 28 U.S.C. § 2255 to vacate, set aside, or correct his federal sentence twice in just over a month. *See* CV419-182; CV419-218. Due to clerical oversight, the later filed motion was not filed on the criminal docket. *Compare* CR416-358, *with* CV419-182. As an initial matter, the Clerk is **DIRECTED** to update the criminal docket to ensure that the motion filed in CV419-218 and all related entries are listed on the criminal docket. However, review of the motions suggests that the two motions—regardless of filing date—are functionally identical.[1] The

---

[1] The Court notes that defendant's later filed motion is unsigned although the attached brief is signed. For purposes of calculating the timeliness of the motion, the Court will construe the signature contained in defendant's Memorandum of the Facts as the operative filing date for the motions.

Government has responded to and cited the later filed motion in its motion to dismiss, CR416-358 doc. 91, as has defendant in his response, doc. 92. To that end, unless otherwise notified by the parties within **thirty days** from the date of this Order, the Court will consider defendant's later filed motion to be an amendment to the initial motion. Thus, the later filed motion will become the operative motion in this case.

**SO ORDERED,** this 10th day of February, 2020.

*/s/ Christopher L. Ray*
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA