# In the United States District Court
# for the Southern District of Georgia
# Savannah Division

UNITED STATES OF AMERICA,

v.

MAYNARD SANDERS,

    Defendant.

CR 416-358

## ORDER

    Before the Court is Defendant Maynard Sanders's Motion to Reconsider Order Denying Motion for Compassionate Release. Dkt. No. 107. Therein, he moves the Court to "reconsider [its] October 8, 2020 Order denying his motion for compassionate release." Id. at 1. The Government has filed a response in opposition, dkt. no. 108, arguing Sanders's motion is untimely.

    "[N]o statute or Federal Rule of Criminal Procedure authorizes the filing of a motion for reconsideration in a criminal case." United States v. Vives, 546 F. App'x 902, 905 (11th Cir. 2013). However, the Eleventh Circuit has permitted the filing of motions for reconsideration in criminal cases. See United States v. Phillips, 597 F.3d 1190, 1199-1200 (11th Cir. 2010). The time allotted to file motions for reconsideration is the same as the time to file a notice of appeal for a challenged order. See United

States v. Doricent, 772 F. App'x 860, 861 n.2 (11th Cir. 2019). In a criminal case, a defendant's notice of appeal normally must be filed in the district court within fourteen days after the entry of the challenged order. See Fed. R. App. P. 4(b)(1)(A).

Here, the Order Sanders is challenging was docketed October 8, 2020. Dkt. No. 104. Thus, even with an extension, Sanders's motion for reconsideration must have been filed by November 23, 2020. See Fed. R. App. P. 4(b)(4). As such, Sanders's motion for reconsideration is time barred and is therefore **DISMISSED**.

**SO ORDERED**, this 20 day of April, 2022.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA