IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
Savannah Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) 4:16cr358 |
| v. | ) |
| | ) |
| MAYNARD SANDERS, | ) |
| | ) |
| Defendant/Appellant. | ) |

## ORDER

The Court's Order in the above-titled action having been affirmed by the U.S. Court of Appeals for the Eleventh Circuit,

IT IS HEREBY ORDERED that the Mandate of the U.S. Court of Appeals for the Eleventh Circuit is made the Order of this Court.

**SO ORDERED** this 9 day of May, 2023.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA